**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>             Plaintiff, )<br>                         )<br>    v.                         )<br>                         )<br>ERIN CLOWSER, )<br>             Defendant. ) | CAUSE NO.: 1:17-CR-35-TLS-PRC |

**FINDINGS AND RECOMMENDATION OF THE MAGISTRATE JUDGE**
**UPON PLEAS OF GUILTY BY DEFENDANT ERIN CLOWSER**

TO:    THE HONORABLE THERESA L. SPRINGMANN,
        UNITED STATES DISTRICT COURT

Upon Defendant Erin Clowser's request to enter pleas of guilty pursuant to Rule 11 of the Federal Rules of Criminal Procedure, this matter came for hearing before Magistrate Judge Paul R. Cherry, on February 16, 2018, with the consent of Defendant Erin Clowser, counsel for Defendant Erin Clowser, and counsel for the United States of America.

The hearing on Defendant Erin Clowser's pleas of guilty was in full compliance with Rule 11, Federal Rules of Criminal Procedure, before the Magistrate Judge in open court and on the record.

In consideration of that hearing and the statements made by Erin Clowser under oath on the record and in the presence of counsel, the remarks of the Assistant United States Attorney and of counsel for Defendant Erin Clowser,

I FIND as follows:

(1) that Defendant Erin Clowser understands the nature of the charges against her to which the pleas are offered;

(2) that Defendant Erin Clowser understands her right to trial by jury, to persist in her pleas of not guilty, to the assistance of counsel at trial, to confront and cross-examine adverse witnesses, and

against compelled self-incrimination;

(3) that Defendant Erin Clowser understands what the maximum possible sentences are, including the effect of the supervised release terms, and Defendant Erin Clowser understands that the sentencing guidelines apply and that the Court may depart from those guidelines under some circumstances;

(4) that the pleas of guilty by Defendant Erin Clowser have been knowingly and voluntarily made and are not the result of force or threats or of promises;

(5) that Defendant Erin Clowser is competent to plead guilty;

(6) that Defendant Erin Clowser understands that her answers may later be used against her in a prosecution for perjury or false statement;

(7) that there are factual bases for Defendant Erin Clowser's pleas; and further,

I RECOMMEND that the Court accept Defendant Erin Clowser's pleas of guilty to the offenses charged in Counts 2, 7, and 8 of the Indictment and that Defendant Erin Clowser be adjudged guilty of the offenses charged in Counts 2, 7, and 8 of the Indictment and have sentences imposed. A Presentence Report has been ordered. Should this Report and Recommendation be accepted and Defendant Erin Clowser be adjudged guilty, a sentencing date before the presiding judge will be set by separate order. Objections to the Findings and Recommendation are waived unless filed and served within fourteen days. 28 U.S.C. § 636(b)(1).

SO ORDERED this 16th day of February, 2018.

                                                                 s/ Paul R. Cherry
                                                                 MAGISTRATE JUDGE PAUL R. CHERRY
                                                                 UNITED STATES DISTRICT COURT

cc:   Honorable Theresa L. Springmann